Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

Key:

AC = Attorney Client Privilege

WP = Work Product Privilege

ATL = Documents Prepared in Anticipation of Litigation and Trial Privilege

CI = Common Interest Privilege

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 1 | | | | Docket Tag | 09/06/2013 | WP ATL | Docket Tag |
| DLA/Smith 2 | | | | Affidavit Request Spreadsheet | Undated | WP ATL | Spreadsheet regarding affidavit requests for court filings |
| DLA/Smith 7 | Ashli Ray | Peter Kubin; Dorothy Pope | | Re: Midland garnishments/ settlement | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 8 | Peter Kubin | Dorothy Pope; Ashli Ray | | Re: Midland garnishments/ settlement | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 8 | Dorothy Pope | Ashli Ray; Peter Kubin | | Re: Midland garnishments/ settlement | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 9 | Ashli Ray | Peter Kubin; Dorothy Pope | | Re: Midland garnishments/ settlement | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 10 | Peter Kubin | Dorothy Pope; Ashli Ray | | FW: Midland garnishments/ settlement | 04/06/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 12 | Dorothy Pope | Jennifer Blanchard | Peter Kubin; Ashli Ray | FW: Midland garnishments/ settlement | 04/06/2012 | WP ATL | Internal email regarding settlement of previous litigation |

PLAINTIFF'S EXHIBIT F

Blumberg No. 5113

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 12 | Peter Kubin | Dorothy Pope; Ashli Ray | | FW: Midland garnishments/ settlement | 04/06/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 15 | Ashli Ray | Dorothy Pope; Peter Kubin | | RE: Midland garnishments/ settlements | 04/11/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 15 | Dorothy Pope | Ashli Ray; Peter Kubin | | RE: Midland garnishments/ settlements | 04/11/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 16 | Ashli Ray | Peter Kubin; Dorothy Pope | | RE: Midland garnishments/ settlements | 04/11/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 16 | Peter Kubin | Dorothy Pope; Ashli Ray | | RE: Midland garnishments/ settlements | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 17 | Dorothy Pope | Ashli Ray; Peter Kubin | | RE: Midland garnishments/ settlements | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 17 | Ashli Ray | Dorothy Pope; Peter Kubin | | RE: Midland garnishments/ settlements | 04/09/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 18 | Peter Kubin | Dorothy Pope; Ashli Ray | | RE: Midland garnishments/ settlements | 04/06/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 18 | Peter Kubin | Dorothy Pope; Ashli Ray; Jennifer Blanchard | | FW: Midland garnishments/ settlement | 04/20/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 23 | Peter Kubin | Jennifer Wells | | FW: Midland garnishments/ settlement | 04/24/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 26 | Ashli Ray | Peter Kubin; Dorothy Pope | | RE: Midland garnishments/ settlements | 05/30/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 31 | | | | | | | |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 31 | Peter Kubin | Dorothy Pope; Ashli Ray | | RE: Midland garnishments/ settlements | 05/30/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 32 | Peter Kubin | Dorothy Pope; Ashli Ray | | FW: Midland garnishments/ settlement | 04/06/2012 | WP ATL | Internal email regarding settlement of previous litigation |
| DLA/Smith 42 | Resurgent Capital Services | Dominion Law Associates | | Request from client for documents regarding lawsuit | 08/14/2012 | AC WP ATL | Redacted AC/WP/ATL communications from File History |
| DLA/Smith 43 | Dominion Law Associates | Resurgent Capital Services | | Email to client containing requested documents and information regarding lawsuit | 08/14/2013 | AC WP ATL | Redacted AC/WP/ATL communications from File History |
| DLA/Smith 43 | | | | Research of case information | 08/27/2013 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 43 | | | | Instructions to appearing attorney regarding lawsuit | 08/27/2013 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 43 | | | | Response from appearing attorney regarding lawsuit | 09/09/2013 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 80 | | | | Request to client regarding lawsuit | 07/17/2009 | WP ATL | Redacted WP/ATL communications from File History |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 80 | | | | Information received from client regarding lawsuit | 07/28/2009 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 80 | | | | Preparation of litigation documents | 08/04/2009 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 80 | | | | Requests from client regarding lawsuit | 08/17/2009 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 81 | | | | Request to client for information regarding lawsuit | 09/27/2013 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 81 | | | | Request to client for documents regarding lawsuit | 09/30/2009 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 81 | | | | Update regarding client document requests | 10/07/09 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 81 | | | | Update regarding client document requests | 10/09/2009 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 82 | | | | Documents for trial preparation | 03/11/2010 | WP ATL | Redacted WP/ATL communications from File History |
| DLA/Smith 82 | | | | Documents for trial preparation | 03/29/2010 | WP ATL | Redacted WP/ATL communications from File History |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 109 | Peter Kubin | Susanne Owens | Bobby Richman; David Ashe | FW: Smith et als v. Dominion and LVNV | 09/11/2013 | WP ATL | Internal email regarding DLA/Smith litigation |
| DLA/Smith 153 | Susanne Owens | Jean Paul Torres | Ajay Grayson; Laura Hill | Re: New Complaint | 08/07/2013 | AC WP ATL CI | Internal email regarding DLA/Smith litigation |
| DLA/Smith 153 | Jean Paul Torres | Susanne Owens | Ajay Grayson; Laura Hill | New Complaint | 08/06/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 154 | Jean Paul Torres | Ajay Grayson; Susanne Owens | Laura Hill | Re: New Complaint | 08/22/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 154 | Ajay Grayson | Jean Paul Torres; Susanne Owens | Laura Hill | Re: New Complaint | 08/22/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 154 | Jean Paul Torres | Susanne Owens | Ajay Grayson; Laura Hill | Re: New Complaint | 08/22/2013 | AC WP ATL | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 155 | Susanne Owens | Jean Paul Torres | | FW: New Complaint | 08/22/2013 | AC WP ATL | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 155 | Jean Paul Torres | Susanne Owens | Ajay Grayson; Laura Hill | New Complaint | 08/06/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 156 | | | | | | | |
| DLA/Smith 157 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 08/23/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 157 - DLA/Smith 158 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 08/23/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 158 - DLA/Smith 160 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 08/23/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 161 | Susanne Owens | Cathy Fellabaum (counterclaims @trakamerica.com) | | RE: Direct Action/Smith Et. Al. | 10/10/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 161 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 10/08/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 161 - DLA/Smith 162 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 162 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 162 - DLA/Smith 163 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 163 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 163 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 164 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/09/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 165 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/02/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 166 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 08/27/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 167 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 08/27/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 168 | Susanne Owens | Cathy Fellabaum; Ajay Grayson; Laura Hill | | Re: Direct Action | 08/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 172 | Susanne Owens | Cathy Fellabaum; Ajay Grayson; Laura Hill | | Direct Action | 09/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 173 | Susanne Owens | Ajay Grayson | | RE: New Complaint | 10/16/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 173 | Ajay Grayson | Susanne Owens | | RE: New Complaint | 10/16/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 173 | Susanne Owens | Ajay Grayson | Laura Hill | RE: New Complaint | 09/09/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 174 | Ajay Grayson | Susanne Owens | Laura Hill | RE: New Complaint | 09/09/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 174 | Susanne Owens | Ajay Grayson | Laura Hill | RE: New Complaint | 09/09/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 175 | Ajay Grayson | Jean Paul Torres; Susanne Owens | Laura Hill | RE: New Complaint | 08/22/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 175 | Jean Paul Torres | Susanne Owens | Ajay Grayson; Laura Hill | RE: New Complaint | 08/22/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 175 | Susanne Owens | Jean Paul Torres | | FW: New Complaint | 08/22/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 176 | Jean Paul Torres | Susanne Owens | Ajay Grayson; Laura Hill | New Complaint | 08/06/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 176 | | | | | | | |
| DLA/Smith 178* | | | | | | | |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 200 | Bobby Richman | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 10/25/2013 | AC WP ATL CI | Internal email regarding DLA/Smith litigation |
| DLA/Smith 200 | Susanne Owens | Bobby Richman | | RE: Direct Action/Smith Et. Al. | 10/17/2013 | AC WP ATL CI | Internal email regarding DLA/Smith litigation |
| DLA/Smith 201 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 10/16/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 201 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 10/25/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 201 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 10/4/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 202 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 10/10/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 202 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 10/08/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 203 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 203 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 204 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 204 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 205 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/11/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 205 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 09/09/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 206 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 09/02/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 207 | Susanne Owens | Cathy Fellabaum | | RE: Direct Action/Smith Et. Al. | 08/27/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 208 | Cathy Fellabaum | Susanne Owens | | RE: Direct Action/Smith Et. Al. | 08/27/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |

Renee Smith, et al. v. Dominion Law Associates, P.L.L.C., et al.
U.S. District Court, Eastern District of Virginia, Richmond Division
Civil Acton No. 3:13cv508 (JRS)
Dominion Law Associates, P.L.L.C. and LVNV Funding LLC's Privilege Log

| BATES RANGE | FROM | TO | CC | SUBJECT | DATE | PRIV DECLARATION | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| DLA/Smith 209 | Susanne Owens | Cathy Fellabaum; Ajay Grayson; Laura Hill | | RE: Direct Action | 08/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 209 | Susanne Owens | Cathy Fellabaum; Ajay Grayson; Laura Hill | | Direct Action | 08/26/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 216 | Cathy Fellabaum | Ajay Grayson; Laura Hill | Bobby Richman; Peter Kubin | RE: Direct Action/Smith Et. Al. | 11/04/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 216 | Ajay Grayson | Susanne Owens; Cathy Fellabaum | Bobby Richman; Peter Kubin | RE: Direct Action/Smith Et. Al. | 11/04/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |
| DLA/Smith 217 | Susanne Owens | Cathy Fellabaum; Ajay Grayson | Bobby Richman; Peter Kubin | RE: Direct Action/Smith Et. Al. | 11/01/2013 | AC WP ATL CI | Email between DLA and client regarding DLA/Smith litigation |