IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE SMITH, *et al.*

    Plaintiffs,

v.                                                                                     Civil Action No. 3:13cv508

DOMINION LAW ASSOCIATES, P.L.L.C., *et al.*

    Defendants.

**PLAINTIFF RENEE SMITH'S
NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Please take notice that the Plaintiff Renee Smith has accepted the offer of judgment served by the Defendants, attached hereto as "Exhibit A". The Clerk is therefore requested to enter judgment thereon against each Defendant, and in favor of Plaintiff Renee Smith only.

    Respectfully submitted,
    **RENEE SMITH**


    By_____/s/_____
        Of Counsel

Matthew J. Erausquin, VSB No. 65434
Janelle Mason Mikac, VSB No. 82389
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiffs*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: (703) 273-7770
Fax: (888) 892-3512
matt@clalegal.com
janelle@clalegal.com
casey@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 3rd day of February, 2014, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David N. Anthony
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone:   (804) 697-1200
Facsimile:   (804) 698-5118
david.anthony@troutmansanders.com

Ethan G. Ostroff
*Counsel for Defendants*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:   (757) 687-7541
Facsimile:   (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

                                                               /s/
                                       Casey S. Nash, VSB No. 84261
                                       *Counsel for the Plaintiffs*
                                       Consumer Litigation Associates, P.C.
                                       1800 Diagonal Road, Suite 600
                                       Alexandria, VA 22314
                                       Telephone:   (703) 273-7770
                                       Facsimile:   (888) 892-3512
                                       casey@clalegal.com